UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Siegel v. Visa U.S.A., Inc., et al.,* No. 13-cv-04581 (E.D.N.Y.) (JG) (JO). | No. 14-md-01720 (JG) (JO)<br><br>PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE VISA DEFENDANTS AND THE MASTERCARD DEFENDANTS |

WHEREAS plaintiff in the action *Siegel v. Visa U.S.A., Inc., et al.*, No. 13-cv-04581 (E.D.N.Y.) (JG) (JO), which is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-md-01720-JG-JO (E.D.N.Y.) ("Plaintiff"), having fully settled all of its claims against the Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc. (collectively the "Visa Defendants"), and MasterCard International Incorporated and MasterCard Incorporated (collectively the "MasterCard Defendants"), by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims and action against the Visa Defendants and the MasterCard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

1

Dated: __9/12__, 2014.

                                                  **PEARSON, SIMON & WARSHAW, LLP**

By: _[signature]_
Clifford H. Pearson
Daniel L. Warshaw
Alexander R. Safyan
15165 Ventura Boulevard, Suite 400
Shearman Oaks, CA 91403
(818) 788-8300
cpearson@pswlaw.com

Bruce L. Simon
Aaron M. Sheanin
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
bsimon@pswlaw.com

*Attorneys for Plaintiff in the Siegel Action*

**EZRA BRUTZKUS GUBNER LLP**

Steven T. Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
sgubner@ebg-law.com

*Attorneys for Plaintiff in the Siegel Action*

**ARNOLD & PORTER LLP**

By: _[signature]_
Robert C. Mason
399 Park Avenue
New York, NY 10022
(212) 715-1000
robert.mason@aporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

2

        Mark R. Merley
        Matthew A. Eisenstein
        555 12th Street, NW
        Washington, DC  20004

**HOLWELL SHUSTER & GOLDBERG LLP**

        Richard J. Holwell
        Michael S. Shuster
        Demian A. Ordway
        Zachary A. Kerner
        125 Broad Street, 39th Floor
        New York, NY 10004
        (646) 837-5151
        mshushter@hsgllp.com

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Kenneth A. Gallo*
        Kenneth A. Gallo
        2001 K Street, NW
        Washington, DC  20006
        (202) 223-7300
        kgallo@paulweiss.com

        Andrew C. Finch
        Gary R. Carney
        1285 Avenue of the Americas
        New York, NY  10019

**WILLKIE FARR & GALLAGHER LLP**

Keila D. Ravelo
Wesley R. Powell
Matthew Freimuth
787 Seventh Avenue
New York, NY   10019
(212) 728-8000
kravelo@willkie.com

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**SO ORDERED:**

Dated:

_____          _____
Brooklyn, New York                                        United States District Judge